In the Matter of the Application of MATTHEW J. O'BRIEN, Appellant, for Revocation of Letters of Administration with the Will Annexed of the Estate of PETER CAFFREY, Deceased, Issued to BERNARD A. CAFFREY, Respondent.

*Matter of O'Brien (Caffrey),* 167 App. Div. 899, affirmed.
(Argued October 5, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1915, which affirmed an order of the New York County Surrogate's Court denying an application for the revocation of letters of administration. Peter Caffrey, by his will, left all of his property to one Annie O'Neill and appointed her sole executrix. She subsequently died leaving, by her will, all of her property to the petitioner herein. Subsequent to her death and prior to probate of her will the respondent herein was on his petition granted letters of administration with the will annexed of the estate of Peter Caffrey. Revocation of such letters was asked upon the ground that there was no cause for administration of goods unadministered. All the debts were paid by Annie O'Neil, the executrix, in her lifetime, and there are no assets in the estate of Peter Caffrey left unadministered; that the appellant has and had the prior right to letters of administration on the estate of Peter Caffrey; the application of the respondent for letters of administration having been made *ex parte* and without notice to the appellant O'Brien, the one

having the prior right, should be vacated in O'Brien's favor on his application, and that the personal interest of the respondent is hostile to the will, and the issuing of letters of administration to him was contrary to the policy of the statute.

*Charles F. Quantrell* and *Charles P. Howland* for appellant.

*Winifred Sullivan* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.